UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

| | | | |
|---|---|---|---|
| No. | CV26-06757-FLA (AS) | Date | October 5, 2026 |
| Title | *Christina Laugere v. City of Los Angeles, et. al.,* | | |

| | |
|---|---|
| Present: The Honorable | Alka Sagar, United States Magistrate Judge |

| | |
|---|---|
| Alma Felix | Not reported |
| Deputy Clerk | Court Reporter / Recorder |
| Attorneys Present for Plaintiff: | Attorneys Present for Defendants: |
| Not present | Not present |

**Proceedings (In Chambers):** **ORDER TO SHOW CAUSE RE LACK OF PROSECUTION**

On September 8, 2025, Plaintiff Chrisina Laugere, a California resident proceeding *pro se*, filed a complaint in the Superior Court of the State of California, County of Los Angeles, and on February 24, 2026, Plaintiff filed a First Amended Complaint. (Dkt. No. 1, Exhs. 1, 21). On May 23, 2026, the complaint was served on Defendant City of Los Angeles ("Defendant") and on June 22, 2026, Defendant removed the complaint to Federal Court. [1] (Dkt. No. 1 at 3-4).

On June 29, 2026, Defendant filed an Answer to the Complaint. (Dkt. No. 4). On the same date, the Court issued a notice of assignment of this matter and notice of resources for pro se litigants, which were mailed to Plaintiff's address of record. (Dkt. Nos. 5-6). These notices were returned to the Court as undeliverable on August 14 and August 20, 2026. (Dkt. Nos. 8, 10). On August 18, 2026, the Court issued an order requiring Plaintiff to provide the Court with her current address pursuant to Local Ruler 41-6 within ten days (Dkt. No. 9). Plaintiff was expressly warned that if she failed to respond to the Court's Order, this action may be dismissed with prejudice under Federal Rule of Civil Procedure 41(b) for failure to prosecute. Id.

To date, Plaintiff has failed to provide the Court with her updated address and the Court's Orders have been returned to the Court as undeliverable. Accordingly, Plaintiff is **ORDERED TO SHOW CAUSE, in writing, no later than November 6, 2025,** why this action should not be dismissed with prejudice for failure to prosecute. This Order will be discharged upon the submission of an updated address for Plaintiff in compliance with the Court's Order dated August 18, 2026, a copy of which is

[1] The other named defendants in the complaint have not been served with Plaintiff's First Amended Complaint and have not filed in the case before this Court.

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

| | | | |
|---|---|---|---|
| No. | CV 26-06757-FLA (AS) | Date | October 5, 2026 |
| Title | *Christina Laugere v. City of Los Angeles, et. al.,* | | |

attached to this Order, or upon the filing of a declaration under penalty of perjury stating why Plaintiff is unable to comply with the Court's Order.

If Plaintiff no longer wishes to pursue this action, she may request a voluntary dismissal pursuant to Federal Rule of Civil Procedure 41(a)(1). A notice of dismissal form is attached for Plaintiff's convenience.

Plaintiff is warned that a failure to timely respond to this Order **will** result in a recommendation that this action be dismissed with prejudice under Federal Rule of Civil Procedure 41(b) for failure to prosecute and obey court orders.

**IT IS SO ORDERED.**

cc: David O. Carter
United States District Judge

0 : 00

Initials of Preparer AF